# United States District Court

## WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

Mr. Shawn Laemmrich
C/O Dave Gemignani, Esquire
302 W. Sharon Avenue
Haughton, MI 49931
906/487-7007

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: 3:05CR291-C

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place: United States Federal Courthouse<br>401 West Trade Street<br>Charlotte, North Carolina 28202 | Room: Magistrate Court |
| Before: UNITED STATES MAGISTRATE JUDGE | Date and Time: 8/22/05 @ 10:55am |

**NOTE:** CONTACT THE U. S. PROBATION PRE-TRIAL OFFICE (704/350-7671) **IMMEDIATELY** UPON SERVICE OF THIS SUMMONS.

To answer a(n)

[ X ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice

Charging you with Title __18__ United States Code, Section(s) __2319, 371__
and Title __17__ United States Code, Section __506__.

Brief description of offense

knowingly and voluntarily combine, conspire, confederate and agree with others to infringe a copyright by the reproduction and distribution, of copyrighted works which have a total retail value of more than $2,500.

_____         7/29/05            AT CHARLOTTE, NC
Signature of Issuing Officer              Date

FRANK G. JOHNS, Clerk of Court
Name and Title of Issuing Officer